SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile:  808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mai: MJR@Randazza.com
*(Pending Pro Hac Vice Admission)

Attorneys for Plaintiff,
THIRD WORLD MEDIA, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THIRD WORLD MEDIA, LLC.<br><br>    Plaintiff,<br><br>    vs.<br><br>HAWAII MEMBERS OF SWARM OF JULY 13, 2011 TO JULY 25, 2011 SHARING HASH FILE BD55F2868E09C08DADFC1032CCE4 3DE2BC1A2D17; RANDALL M. MORITA, GARY SOLIVAR, AND DOES 1, 5, 13 AND 14,<br><br>        Defendants. | Case No. 1:11-cv-00536-DAE -RLP (Copyright)<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF A JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT RANDALL M. MORITA AND FOR AN ORDER DIRECTING DEFENDANT MORITA TO FILE A TERMINATION STATEMENT WITH RESPECT TO THE WRONGFULLY RECORDED UCC FINANCING STATEMENT; MEMORANDUM  IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE** |

**PLAINTIFF'S MOTION FOR  ENTRY OF A JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT RANDALL M. MORITA AND FOR AN ORDER DIRECTING DEFENDANT MORITA TO FILE A**

## TERMINATION STATEMENT WITH RESPECT TO THE WRONGFULLY RECORDED UCC FINANCING STATEMENT

NOW COMES Plaintiff THIRD WORLD MEDIA, LLC ("Plaintiff" or "Third World"), by and through its attorniys above named, and moves this Honorable Court for Entry of a Judgment on the Pleadings against Defendant RANDALL M. MORITA ("Defendant Morita") in the amount of $8,500, and for an order directing Defendant Morita to file a termination statement with the Bureau of Conveyances of the State of Hawaii terminating the UCC Financing Statement that Defendant Morita wrongfully filed against Plaintiff and its local counsel of record.

This motion is made pursuant to Rules 8(b)(6) and 12(c), Fed. R. Civ. P., and is based upon and supported by the memorandum and declaration submitted herewith and the records and files herein,

DATED:  Honolulu, Hawaii, May 23, 2012.

SETH M REISS, AAL, ALLLC
RANDAZZA LEGAL GROUP

*/s/ Seth M. Reiss*
SETH M. REISS
MARC J. RANDAZZA

Attorneys for Plaintiff
THIRD WORLD MEDIA, LLC

2