SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile:  808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mai: MJR@Randazza.com
*(Pending Pro Hac Vice Admission)

Attorneys for Plaintiff,
THIRD WORLD MEDIA, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THIRD WORLD MEDIA, LLC.<br><br>    Plaintiff,<br><br>    vs.<br><br>HAWAII MEMBERS OF SWARM OF JULY 13, 2011 TO JULY 25, 2011 SHARING HASH FILE BD55F2868E09C08DADFC1032CCE43DE2BC1A2D17; RANDALL M. MORITA AND DOE 13,<br><br>    Defendants. | Case No. 1:11-cv-00536-LEK -RLP (Copyright)<br><br>**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT RANDALL M. MORITA WITH PREJUDICE AND ORDER**<br><br>TRIAL DATE:  None |

## STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT RANDALL M. MORITA WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff **THIRD WORLD MEDIA, LLC** and Defendant **RANDALL M. MORITA** ("Morita"), through their respective counsel, that all claims against Defendant Morita are dismissed with prejudice.

IT IS HEREBY FURTHER STIPULATED that Defendant Morita's "Motion to Dismiss Plaintiff's First Amended Complaint, Filed March 27, 2012, Pursuant to FRCP, Rule 12(b)(6)," filed herein on August 8, 2012 and currently scheduled for hearing on November 5, 2012, is withdrawn, and that each party shall bear his or its own attorneys' fees and costs incurred in this action.

This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and has been signed by the respective counsel for each remaining party who has made an appearance in this action.

Dated:  Honolulu, Hawaii, October 4, 2012.

/s/ *Seth M. Reiss*
SETH M. REISS
Attorney for Plaintiff
THIRD WORLD MEDIA, LLC

/s/ *Colin O. Miwa*
COLIN O. MIWA
MARTIN E. HSIA
Attorneys for Defendant
RANDALL M. MORITA

**APPROVED AND SO ORDERED:**



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Third World Media, LLC vs. Hawaii Members of Swarm of July 13, 2011 to July 25, 2011 Sharing Hash File BD5, et al.*; Civil No. CV11-00536 LEK/RLP; STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT RANDALL M. MORITA WITH PREJUDICE AND ORDER
ImanageDB:2218779.2